STATE ex rel. PETER A. HOLM v. HUGH R. SCOTT and Another.[1]

October 13, 1908.

Nos. 16,031—(255).

Petition by a qualified elector within the Forty First election district, who received at the primary election the sixth highest number of votes cast for candidates for election as representatives from that district, for an order directing the auditor of Hennepin county not to print the name of John G. Lennon, who at the same election received the highest number of votes cast, upon the official ballot to be used at the general election on November 3, 1908, on the ground that said Lennon was disqualified for and ineligible to the office, because he was a representative from that district and a member of the legislature at the session of 1907, which passed an act increasing the compensation of senators and representatives.

An order to show cause having been made, the respondent answered and asserted that the relator was not authorized by law to maintain the proceeding and that the question of general ineligibility of candidates can be raised only by and in behalf of the state, and no action can be taken by, or on relation of, any individual except by permission of court, after refusal of the attorney general to act. Order to show cause discharged.

*James A. Peterson* and *H. F. Woodard*, for relator.

*F. B. Wright* and *Albert E. Clarke*, for respondent.

PER CURIAM.

Ordered, that the order to show cause herein be, and it is hereby, discharged.

[1] Reported in 117 N. W. 846.